# United States District Court
## Northern District of Illinois
### Eastern Division

ANDRE SNEED,

Plaintiff,

v.

CITY OF HARVEY, a municipal corporation, ERIC KELLOGG, individually and as Mayor of the City of Harvey, BETTIE LEWIS, individually and as Corporation Counsel, DENARD EAVES, individually and as Chief of Police, LAVANDUS KIRKWOOD, individually and as Internal Affairs Investigator, CAMERON FORBES, individually and as Commander of Patrol, SANDRA ALVARADO, individually and as Secretary to the Chief, and MARCUS PATTERSON, individually and as Former Commander of Harvey Police,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 11 C 6616
11 C 7082
(Consolidated Cases)

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants CITY OF HARVEY, ERIC KELLOGG, BETTIE LEWIS, DENARD EAVES, LAVANDRUS KIRKWOOD, CAMERON FORBES, SANDRA ALVARADO, and MARCUS PATTERSON and against plaintiff ANDRE SNEED.

Thomas G. Bruton, Clerk of Court

Date: 12/19/2013

_____

/s/ Carolyn D. Hoesly, Deputy Clerk